■ JANET WOJTKOWSKI et al., Respondents, v ARTHUR NEWMAN, Appellant.—Order unanimously affirmed with costs for reasons stated at Supreme Court, Doyle, J. (Appeal from order of Supreme Court, Erie County, Doyle, J.—summary judgment.) Present—Callahan, J. P., Denman, Pine, Balio and Davis, JJ.